**B1 (Official Form 1) (04/13)**

## United States Bankruptcy Court
### District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Infinite Visions, LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| None | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 20-2388851 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State) | Street Address of Joint Debtor (No. and Street, City, and State) |
|---|---|
| Care of Mark Summers<br>68 Peach Hill Ct<br>Ramsey, NJ        ZIPCODE 07446 | ZIPCODE |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Bergen | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIPCODE | ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|
| ZIPCODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   Wholesale Screen Printed Garments

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:30 - 30590-302Y-***** - PDF-XChange 4.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Infinite Visions, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B1 (Official Form 1) (04/13)**

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Infinite Visions, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _/s/ David Edelberg, Esq._____
Signature of Attorney for Debtor(s)

DAVID EDELBERG, ESQ.
Printed Name of Attorney for Debtor(s)

Nowell Amoroso Klein Bierman PA
Firm Name

155 Polifly Road
Address

Hackensack, New Jersey  07601

201-343-5001    dedelberg@njbankruptcy.com
Telephone Number            e-mail

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Mark Summers_____
Signature of Authorized Individual

MARK SUMMERS
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

_____
Date

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any
amendments thereto must contain a caption as in Form 16B. Subsequent pages should be
identified with the debtor's name and case number. If the schedules are filed with the petition,
the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a
claim is secured only in part or entitled to priority only in part, it still should be listed only once.
A claim which is secured in whole or it part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list
the same claim twice. If a creditor has more than one claim, such as claims arising from separate
transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

B6A (Official Form 6A) (12/07)

In re __Infinite Visions, LLC_____    Case No. _____
    **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07)

In re  Infinite Visions, LLC _____        Case No. _____
      **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

In re   **Infinite Visions, LLC**      Case No. _____

         **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Balance Due from PVA - gross value $367,000.00 (subject to setoff) | | Unknown |
| | | Balance due from Apparel Group America- gross value $37,000.00 | | Unknown |
| | | Due from Apparel & Teefx Screen Printing LLC - gross value $81,000.00 | | Unknown |
| | | Due from Rocksmith, Kilo International - gross value $19,000 | | Unknown |
| | | Due from Roca Wear, Roc Apparel Group - gross value $6,000 | | 0 |
| | | Due from Freeze, Division of Central Mills - gross value $3,000 | | Unknown |
| | | Due from Green Distribution - gross value $80,784.00 | | Unknown |
| | | for ink and other assets removed by Green Dist. from Debtor's premises. | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitle. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Potential Claims v Green Industries for wrongful interference with inventory | | Indeterminate |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Tradenames, Ink, Inc., Infinite Ink, Ha Ha, Ha Ha Ha Ha, Lifestyle Classics | | 0 |
| | | Tradenames - Authentic Classics, Sports Legends, Semi-pro, Everything Sports | | 0 |
| | | Tradenames - Genius Tee, Jo Heart, Jo Peace Sign | | 0 |

In re    Infinite Visions, LLC                                           Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Art Library<br>Licenses for Rich Life and Winchester - terminated | | 0<br>0 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Inventory - 375,000  units<br>Green Indus., 401 Taylor St, Gordonsville, VA | | 650,000 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____    continuation sheets attached    Total    $    650,000

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6C (Official Form 6C)  (04/13)**

In re ___Infinite Visions, LLC_____       Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds
     $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07)**

In re _____Infinite Visions, LLC_____,    Case No. _____
                            **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Capital Business Credit LLC 1700 Broadway New York, NY 10019 | X | | Security: All assets, including accounts receivable and inventory value unknown  VALUE $                    0 | | | X | 285,000 | 285,000 |
| ACCOUNT NO.   VALUE $ | | | | | | | | |
| ACCOUNT NO.   VALUE $ | | | | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal ▷ (Total of this page) | $    285,000 | $    285,000 |
| | Total ▷ (Use only on last page) | $    285,000 | $    285,000 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re <u>Infinite Visions, LLC</u>                                                                    ,        Case No. _____
Debtor                                                                                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re ____Infinite Visions, LLC_____,     Case No._____
                 Debtor                                                (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

____1____ **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re Infinite Visions, LLC _____,          Case No. _____
               **Debtor**                                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Internal Revenue Service 955 S Springfield Ave Bldg A Springfield, NJ  07081 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. N.J. Division of Taxation Bankruptcy Section P.O. Box 245 Trenton, N.J. 08695-0245 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotal ⯈ (Totals of this page) | $       0 | $       0 | $       0 |
| Total ⯈ (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $       0 | | |
| Totals ⯈ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $       0 | $       0 |

**B6F (Official Form 6F) (12/07)**

In re __Infinite Visions, LLC_____,                    Case No. _____
　　　　　　　　　**Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>10-16 Aquarium Drive<br>c/o Horowitz Rubino<br>400 Plaza Dr<br>Secaucus, NJ 07096 | | | | | X | | 0 |
| ACCOUNT NO.<br><br>A-1 SECURITY, INC<br>95 HIGH ST.<br>CLIFTON, NJ 07014 | | | | | | | 3,896 |
| ACCOUNT NO.<br><br>AIR CENTER INC.<br>P.O. BOX 406<br>270 MONROE AVENUE<br>KENILWORTH, NJ 07033 | | | | | | | 5,595 |
| ACCOUNT NO.<br><br>Alstyle<br>1501 E Cerritos Avenue<br>Aneheim, CA 92805 | | | | | | | 398,698 |

___18___ continuation sheets attached

Subtotal ≫　$　　408,189

Total ≫　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,    Case No. _____

          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMJ INDUSTRIES<br>CIT GROUP/COMM SERVICES INC.<br>PO BOX 1036<br>CHARLOTTE, NC 28201 | | | | | | | 39,661 |
| ACCOUNT NO.<br><br>APPAREL GROUP AMERICA LLC<br>250 BELMONT AVE.<br>HALEDON, NJ 07508 | | | | | | | 22,918 |
| ACCOUNT NO.<br><br>ARCTIC FALLS<br>58 SAND PARK ROAD<br>CEDAR GROVE, NJ 07009 | | | | | | | 478 |
| ACCOUNT NO.<br><br>ARTLINE HEAT TRANSFERS<br>2 EASTMANS ROAD<br>PARSIPPANY, NJ 07054 | | | | | | | 9,079 |
| ACCOUNT NO.<br><br>AVERY DENNISON-001<br>15178 COLLECTIONS CENTER<br>CHICAGO, IL 60693 | | | | | | | 5,895 |

Sheet no. _1_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        78,031

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Infinite Visions, LLC                              ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BAY ISLAND SPORTWEAR <br> 225 Bypass 72N.W., Suite C <br> Greenwood, SC 29649 | | | | | | | 22,784 |
| ACCOUNT NO.  3-01 <br><br> Beacon Funding <br> 3400 Dundee Road,Ste #180 <br> Northbrook, IL 60062 | X | | equipment lease | | | X | 45,000 |
| ACCOUNT NO. <br><br> Bravado International <br> 1755 Broadway, #2 <br> New York, NY  10004 | | | | | | | 285,226 |
| ACCOUNT NO. <br><br> THOMAS N. BROADBENT <br> 143 N. 7TH STREET 3-R <br> BROOKLYN, NY 11249 | | | | | | | 630 |
| ACCOUNT NO. <br><br> CJS APPAREL <br> 114 14th Street <br> Union City, New Jersey  07087 | | | | | | | 440 |

Sheet no. _2_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    354,080

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Infinite Visions, LLC_____,     Case No. _____

             **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONCENTRA MEDICAL CENTERS<br>P.O. Box 8750<br>Elkridge, MD 21075-8750 | | | | | | | 812 |
| ACCOUNT NO.<br><br>CRS Ink International<br>11 West Main Street<br>Holmdel, NJ 07733 | | | | | | | 736 |
| ACCOUNT NO.<br><br>Darren Epstein, Esq.<br>254 S Main St<br>New City, NY  10956 | | | collecting for Texpak | | | | Notice Only |
| ACCOUNT NO.<br><br>Delta Apparel<br>P.O. Box 930419<br>Atlanta, Georgia 31193-0419 | | | | X | X | | 900,000 |
| ACCOUNT NO.<br><br>DISPATCH CENTRAL INC<br>PO BOX 449<br>SHIP BOTTOM, NJ 08008 | | | | | | | 4,831 |

Sheet no. __3__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $     906,379

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Infinite Visions, LLC                            ,                  Case No. _____
_____
            **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>DONRAY PRINTING<br>2 EASTMANS RD<br>PARSIPPANY, NJ 07054 | | | | | | | 440 |
| ACCOUNT NO. <br><br>FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | | | | | | | 19,147 |
| ACCOUNT NO. <br><br>FINELINE TECHNOLOGIES INC.<br>P.O. BOX 921933<br>NORCROSS, GA 30010 | | | | | | | 345 |
| ACCOUNT NO. <br><br>Fox Rothschild LLP<br>Attn: Accounts Receivable-12<br>PO Box 5231<br>Princeton, NJ 08543-5231 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br>Fruit of the Loom<br>c/o Josephp Molinaro, Esq.<br>648 Wyckoff Ave<br>Wyckoff, NJ  07481 | | | | | | | Unknown |

Sheet no. __4__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $      19,932

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,    Case No. _____
          **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FUJIFILM SERICOL<br>1101 WEST CAMBRIDGE DR.<br>KANSAS CITY, KS  66103 | | | | | | | 2,024 |
| ACCOUNT NO.<br><br>GIANT PACKAGING<br>11 WEST PASSAIC ST<br>ROCHELLE PARK, NJ 07662 | | | | | | | 2,107 |
| ACCOUNT NO.<br><br>GOODWILL INDUSTRIES<br>4-21 27TH AVENUE<br>ASTORIA, NEW YORK 11102 | | | | | | | 10,285 |
| ACCOUNT NO.<br><br>GREEN DISTRIBUTION<br>565 WINDSOR DRIVE<br>SECAUCUS, NJ 07094 | | | | | | | 109,380 |
| ACCOUNT NO.<br><br>GREENBELT INDUSTRIES, INC<br>45 COMET STREET<br>BUFFALO, NY 14216 | | | | | | | 1,371 |

Sheet no. __5__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $   125,167

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Infinite Visions, LLC _____ ,    Case No. _____

             **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HARTZ MOUNTAIN ASSOCIATES<br>P.O. BOX 35251<br>NEWARK, NJ 07193 | | | | | | | 46,991 |
| ACCOUNT NO.<br><br>HOME DEPOT CREDIT SERVICES<br>P.O. BOX 6029<br>THE LAKES, NV 88901-6029 | | | | | | | 270 |
| ACCOUNT NO.<br><br>INDEPENDENT TRADING<br>BRAD RAMBO & ASSOC<br>1341 CALLE AVANZADO<br>SAN CLEMENTE, CA 92673 | | | | | | | 300 |
| ACCOUNT NO.<br><br>INTERCHANGE EQUIPMENT INC<br>90 DAYTON AVE<br>PASSAIC, NJ 07055 | | | | | | | 1,548 |
| ACCOUNT NO.<br><br>InterGlobe Communications<br>c/o Heitner & Breitstein<br>28 North Main St<br>Marlboro, NJ   07746 | | | | | | | 9,324 |

Sheet no. _6_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 58,433

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Infinite Visions, LLC_____,        Case No. _____
              **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> INTERTEK <br> PO BOX 99959 <br> CHICAGO, IL 60696-7759 | | | | | | | 4,725 |
| ACCOUNT NO. <br> INTERTRADE SYSTEMS INC. <br> C/O T65036U <br> PO BOX 55811 <br> BOSTON, MA 02205-5811 | | | | | | | 1,185 |
| ACCOUNT NO. <br> JACKSON LEWIS <br> ONE NORTH BROADWAY <br> WHITE PLAINS, NY 10601 | | | | | | | 2,757 |
| ACCOUNT NO. <br> JESSE J. HEAP & SON INC. <br> WIND-ALL MFG CO. <br> 576 SOUTH 21ST STREET <br> IRVINGTON, NJ 07111 | | | | | | | 17 |
| ACCOUNT NO. <br> Kaviar <br> 114 Rumson Road <br> Rumson, NJ  07760 | | | | | | | 1,100,000 |

Sheet no. __7__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    1,108,684

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Infinite Visions, LLC _____,          Case No. _____
            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KATHLEEN A. KEANE<br>12 PINE PLACE<br>ANNANDALE, NJ 08801 | | | | | | | 56,000 |
| ACCOUNT NO.<br><br>KSR SERVICES INC.<br>300 EAST MARCEAU<br>ST. LOUIS, MO 63111 | | | | | | | 5,034 |
| ACCOUNT NO.<br><br>LABELS INTER-GLOBAL INC<br>109W 38TH ST. Suite 701<br>NEW YORK, NY 10018 | | | | | | | 1,040 |
| ACCOUNT NO.<br><br>M & R SALES & SERVICE INC<br>M&R PRINTING EQUIPMENT, INC<br>PO BOX 83024<br>CHICAGO, IL 60691 | | | | | | | 5,110 |
| ACCOUNT NO.<br><br>Marino Mayers<br>75 Kingsland Ave, ste 3<br>Clifton, NJ 07014 | | | collecting for Bay Island Sportswear | | | | Notice Only |

Sheet no. __8__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  67,184

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03.31 - 30590-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Infinite Visions, LLC_____,          Case No. _____
                          **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WILLIAM C N MCDADE JR <br> 4 FLORENCE LANE <br> NEWTON, NJ 07860 | | | | | | | 550 |
| ACCOUNT NO. <br><br> Merchant Coterie, Inc <br> 244 Fifth Ave. Suite D274 <br> New York, NY 10001 | | | | | | | 21,648 |
| ACCOUNT NO. <br><br> Michael J Birnberg, Esq. <br> 500 Campus Dr <br> Morganville, NJ  07751 | | | collecting for Uniplast | | | | Notice Only |
| ACCOUNT NO. <br><br> MONEY RUINS EVERYTHING, INC <br> 2404 WILSHIRE BLVD, Suite 4C <br> LOS ANGELES, CA 90057-3336 | | | | | | | 500 |
| ACCOUNT NO. <br><br> NAZDAR NORTHEAST <br> NazDar Company- Atlanta <br> p.O. Box 71112 <br> Chicago, IL 60694-1097 | | | | | | | 120,462 |

Sheet no. __9__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷          $          143,160

Total ▷          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03.31 - 30590-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Infinite Visions, LLC_____,      Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NJ DEPT OF LABOR & WORKFORCE DIVISION OF EMPLOYER ACCOUNTS PO BOX 059 TRENTON, NJ 08625-0059 | | | | | | | 783 |
| ACCOUNT NO.<br>NJ-CAL Warehouse Expeditors LLC 82 TOTOWA RD WAYNE, NJ 07470 | | | | | | | 11,737 |
| ACCOUNT NO.<br>OCEAN BLUE INC 401 13TH STREET CARLSTADT, NJ 07072 | | | | | | | 8,349 |
| ACCOUNT NO.<br>OGLETREE, DEAKENS, NASH, SMOAK & STEWART 1735 MARKET ST., STE 3000 PHILADELPHIA, PA 19103 | | | | | | | 12,186 |
| ACCOUNT NO.<br>ORKIN COMMERCIAL SERVICES 95 LACKAWANNA AVE WEST PATERSON, NJ 07424 | | | | | | | 515 |

Sheet no. __10__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    33,570

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,    Case No. _____
      **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAD PRINT MACHINERY OF VERMONT<br>P.O. Box 1291<br>Williston, VT 05495 | | | | | | | 16,221 |
| ACCOUNT NO.<br><br>PETER VALLETTI AND ASSOCIATES<br>2620 PELICAN BAY<br>PLANO, TX 75093 | | | | X | | | Unknown |
| ACCOUNT NO.<br><br>PLYMOUTH MARKETING & PRINT SOLUTIONINC<br>PO BOX 370<br>HILLSDALE, NJ 07642 | | | | | | | 797 |
| ACCOUNT NO.<br><br>PREMDURAI IMPORTS USA INC<br>499 7 th Ave, 20 th FL<br>New York, NY 10018 | | | | X | X | | 3,000,000 |
| ACCOUNT NO.<br><br>PREMDURAI IMPORTS USA INC<br>Capital Business Credit, LLC<br>PO Box 100895<br>Atlanta, GA  30384-4174 | | | | X | X | | 3,261,034 |

Sheet no. __11__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷    $    6,278,052

Total▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,   Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRIDE SOLVENTS & CHEMICAL CO.<br>P.O. BOX 36207<br>NEWARK, NJ 07188-6207 | | | | | | | 1,803 |
| ACCOUNT NO.<br><br>PRODUCTIVE TRANSPORTATION SERVICES CORP<br>530 GRAND ISLAND BLVD.<br>TONAWANDA, NY 14150 | | | | | | | 25,355 |
| ACCOUNT NO.<br><br>PROGRESSIVE PLASTICS AND PACKAGING<br>PO BOX 254<br>EAST RUTHERFORD, NJ 07073 | | | | | | | 3,357 |
| ACCOUNT NO.<br><br>PSE&G<br>P.O. BOX 14106<br>NEW BRUNSWICK, NJ 18906-4106 | | | | | | | 108,475 |
| ACCOUNT NO.<br><br>RICH KIDS CLUB, INC.<br>17530 Ventura Blvd Ste 201<br>NEW BRUNSWICK, NJ 18906-4106 | | | | | | | 1,250 |

Sheet no. __12__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷　$　140,240

Total ▷　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03.31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,        Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RICHMOND GRAPHIC PRODUCTS <br> 20 INDUSTRIAL DRIVE <br> SMITHFIELD, RI 02917 | | | | | | | 5,817 |
| ACCOUNT NO. <br><br> RICOH <br> GE CAPITAL C/O RICOH USA PROGRAM <br> PO BOX 41564 <br> PHILADELPHIA, PA 19101-1564 | | | | | | | 14,354 |
| ACCOUNT NO. <br><br> ROCK SOLID BUSINESS SOLUTIONS INC <br> 19354 QUINCE AVENUE <br> MASON CITY, IA 50401 | | | | | | | 1,805 |
| ACCOUNT NO. <br><br> S & S FASHIONS, INC. <br> 941 LONGFELLOW AVE <br> BRONX, NY 10474 | | | | | | | 15,320 |
| ACCOUNT NO. <br><br> SAFER HOLDING CORP <br> 1875 MCCARTER HIGHWAY <br> NEWARK, NJ 07104 | | | | | | | 14,624 |

Sheet no. __13__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    51,920

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Infinite Visions, LLC_____,    Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SAFETY-KLEEN SYSTEMS INC. P.O. BOX 382066 PITTSBURGH, PA 15250-8066 | | | | | | | 3,852 |
| ACCOUNT NO. | | | | | | | |
| SECAUCUS OFFICE OF INSPECTIONS 1203 PATERSON PLANK ROAD ALARM DIVISION SECAUCUS, NJ 07094 | | | | | | | 3,150 |
| ACCOUNT NO. | | | | | | | |
| SOLUTIONS FREIGHTLINE INC. 7002 BULEVARD EAST, APT 7P GUTTENBERG, NJ 07093 | | | | | | | 2,300 |
| ACCOUNT NO.   2957 | | | | | | | |
| SPS COMMERCE, INC VB BOX 3 PO BOX 9202 MINNEAPOLIS, MN 55480-9202 | | | | | | | 315 |
| ACCOUNT NO. | | | | | | | |
| STANLEY PROMOTIONS LLC 5508 POLK ST WEST NEW YORK, NJ 07093 | | | | | | | 2,616 |

Sheet no. __14__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $      12,233

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03.31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,    Case No. _____
                         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STAPLES ADVANTAGE, DEPT NY<br>P.O. BOX 415256<br>BOSTON, MA 02241-5256 | | | | | | | 2,759 |
| ACCOUNT NO.<br><br>STATE OF NEW JERSEY - COMMU AFFAIRS<br>BUREAU FIRE CODE ENFORCE<br>PO BOX 809<br>TRENTON, NJ 08625-0809 | | | | | | | 1,136 |
| ACCOUNT NO.<br><br>SULFUR BOTTOM INDIGO TOP, LLC<br>100 VAN CORTLANDT PKS #A53<br>BRONX, NY 10463 | | | | | | | 1,050 |
| ACCOUNT NO.<br><br>Mark Summers<br>68 Peach Hill Ct<br>Ramsey, NJ  07446 | | | | | | | 55,000 |
| ACCOUNT NO.<br><br>SUN CARGO USA INC<br>STE 250 BLDG 9<br>JFK INTL AIRPORT<br>Jamaica, NY  11430 | | | | | | | 1,375 |

Sheet no. __15__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    61,320

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Infinite Visions, LLC_____,        Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SUPERIOR HANDLING SOLUTIONS <br> PO BOX 257 <br> HOWELL, NJ 07731 | | | | | | | 7,531 |
| ACCOUNT NO. <br><br> TEEFX SCREEN PRINTING LLC <br> 71 E 26th Street <br> Paterson, NJ 07514 | | | | | | | 13,484 |
| ACCOUNT NO. <br><br> TEMPORARY HELP SERVICES <br> PO BOX 458 <br> RAMSEY, NEW JERSEY 07446 | | | | | | | 38,729 |
| ACCOUNT NO. <br><br> TEXPAK INC. <br> 130 NEW HYDE PARK ROAD <br> FRANKLIN SQUARE, NY 11010 | | | | | | | 16,798 |
| ACCOUNT NO. <br><br> TIME WARNER CABLE <br> BOX 223085 <br> PITTSBURGH, PA 15251-2085 | | | (NY SHOWRM) | | | | 569 |

Sheet no. __16__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   77,111

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Infinite Visions, LLC_____,    Case No. _____
     **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TWEEN <br> 8323 WALTON PKWY <br> NEW ALBANY, OH 43054 | | | | | | | 2,700 |
| ACCOUNT NO. <br><br> UNIPLAST INDUSTRIES INC. <br> P.O. BOX 2351 <br> SOUTH HACKENSACK, NJ 07606 | | | | | | | 14,683 |
| ACCOUNT NO. <br><br> UPS <br> PO BOX 7247-0244 <br> PHILADELPHIA, PA 19170-0001 | | | | | | | 13,598 |
| ACCOUNT NO. <br><br> UPS FREIGHT <br> 28013 NETWORK PLACE <br> CHICAGO, IL 60673-1280 | | | | | | | 424 |
| ACCOUNT NO. <br><br> US Immigration &Customs Enforcement <br> BURLINGTON FINANCE CTR <br> Employer Sanctions PO Box 5000 <br> WILLISTON, VERMONT 05495-5000 | | | | | | | 495,500 |

Sheet no. _17_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    526,905

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Infinite Visions, LLC_____,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VERIZON WIRELESS<br>P.O. BOX 408<br>NEWARK, NJ 07101-0408 | | | | | | | 7,006 |
| ACCOUNT NO.<br><br>W.B. MASON-001<br>P.O. BOX 981101<br>BOSTON, MA 02298-1101 | | | | | | | 241 |
| ACCOUNT NO.<br><br>XPEDX<br>PO Box 644520<br>Pittsburgh, PA 15264-4520 | | | | | | | 73,867 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _18_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $   81,114

Total ▷  $   10,531,704

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re   Infinite Visions, LLC          Case No. _____
          **Debtor**                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hartz Mountain Assoc<br>400 Plaza Drive<br>Secaucus, NJ 07094 | lease for 40 Enterprise Avenue, Secaucus, NJ (vacated) |
| Beacon Funding<br>3400 Dundee Road, Ste #180<br>Northbrook, IL 60062 | Equipment lease |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6H (Official Form 6H) (12/07)**

In re  Infinite Visions, LLC _____    Case No. _____
             **Debtor**                                                                       **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mark Summers<br>68 Peach Hill Court<br>Ramsey, New Jersey 07446 | Capital Business Credit LLC<br>1700 Broadway<br>New York, NY 10019 |
| Kathleen Keane<br>105 Belvedere Avenue<br>Washington, NJ 07882 | Capital Business Credit LLC<br>1700 Broadway<br>New York, NY 10019 |
| Kaviar LLC<br>114 Rumson Road<br>Rumson, NJ 07446 | Capital Business Credit LLC<br>1700 Broadway<br>New York, NY 10019 |
| Mark Summers<br>68 Peach Hill Court<br>Ramsey, NJ 07446 | Beacon Funding<br>3400 Dundee Road,Ste #180<br>Northbrook, IL 60062 |
| Mark Summers<br>68 Peach Hill Court<br>Ramsey, NJ 07446 | HOME DEPOT CREDIT SERVICES<br>P.O. BOX 6029<br>THE LAKES, NV 88901-6029 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
### District of New Jersey

In re    Infinite Visions, LLC
_____
Debtor

Case No. _____

Chapter    7    _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $        0 | | |
| B – Personal Property | YES | 3 | $   650,000 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   285,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $        0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $  10,531,704 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $        0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $        0 |
| TOTAL | | 30 | $   650,000 | $  10,816,704 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

Official Form 6 - Statistical Summary (12/14)

# United States Bankruptcy Court
### District of New Jersey

In re    Infinite Visions, LLC _____    Case No. _____
_____ Debtor

Chapter ____7____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

**B6 (Official Form 6 - Declaration) (12/07)**

In re ___Infinite Visions, LLC_____     Case No. _____
                    **Debtor**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____
                                                                                    Debtor


Date _____                    Signature: _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---------------------------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                                     Social Security No.
of Bankruptcy Petition Preparer                                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                    _____
         Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:


*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___Managing Member_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___Infinite Visions, LLC_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___32___ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date _____                    Signature: ___/s/ Mark Summers_____

                                                                              ___MARK SUMMERS_____
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In Re  Infinite Visions, LLC _____      Case No. _____
                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|------|--------|--------|
| 2015 | 0 |  |
| 2014 | 111,687.00 |  |
| 2013 | 13,712,206 |  |

B7 (Official Form 7) (04/13)                                                                                               2

---

**2.    Income other than from employment or operation of business**

None
☒

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.    Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

    AMOUNT                                                  SOURCE

---

**3.  Payments to creditors**

None
☒

  *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None

☒   *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐   a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Delta Apparel, Inc. v. Infinite Visions, LLC HUD-L-171-14 | | Superior Court of New Jersey | Pending |
| Hartz Mountain Associates v. Infinite Visions L-190-14 | | Superior Court of New Jersey | Pending |
| PGC Int'l Holdings v. Infinite Visions L-2724-14 | | Superior Court of New Jersey | Pending |
| Hartz Mountain Assoc v Infinite, LT-17701-13 | tenancy | Hudson County | |
| Bay Island Sportswear v Infinite, L-003673-13 | collection | Superior Court, Hudson County | |
| Interglobe Communications v Infinite, DC-011615-12 | collection | | |
| Fruit of the Loom v Infinite, L-560-13 | collection | | paid |
| Texpak v Infinite, Index no 600449/14 | collection | Supreme Court of New York, Nassaur County | |
| Uniplast Industries v Infinite, HUD-DC-016245-13 | collection | | |
| 10-16 Aquarium Drive v Infinite, LT-15774-13 | tenancy | | |

B7 (Official Form 7) (04/13)                                                                                                                    4

---

None  b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
       13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON FOR WHOSE BENEFIT<br>PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐       lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
        both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Capital Business Credit LLC<br>1700 Broadway<br>New York, NY  10019 | August-September 2013 | exercised control of<br>accounts<br>receivable, inventory and<br>machinery |

---

**6.  Assignments and Receiverships**

None  a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒      the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
       assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

---

None  b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒      year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
       must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    5

---

### 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| David Edelberg, Esq.<br>Nowell Amoroso Klein Bierman PA<br>155 Polifly Road<br>Hackensack, New Jersey  07601 | April 2015<br>Payor: Mark Summers, Kathleen Keane and Kaviar LLC | $6,000 |
| EMJ Consulting | April 2014 | 1000 - collection agency commission |
| James Sonageri<br>Continental Plaza II<br>Hackensack, NJ 07601 | December 2014 | $12,500 |
| Capital Business Credit LLC<br>1700 Broadway<br>New York, NY 10019 | August - September 2014 | approx $60,000 |

B7 (Official Form 7) (04/13)                                                                                                  6

**10.  Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☐            of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
             of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
             whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Bravado International Group Merchandising Svcs. 1700 Broadway New York, NY  10019 | September 2013 | Machinery and Equipment - $750,000 paid to factor |
| GREEN DISTRIBUTION 565 WINDSOR DRIVE SECAUCUS, NJ 07094 | | Inventory having a value of approximately $100,000 removed to Virginia |
| GREEN DISTRIBUTION 565 WINDSOR DRIVE SECAUCUS, NJ 07094 | | Removal of ink and other assets from the debtor's premises |

       b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case
       to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐          were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
           Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
           accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
           institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
           instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
           and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JP Morgan Chase Bank NA PO Box 659754 San Antonio, TX 78265-9754 | checking account 513297072 Closing Balance: overdrawn | May 2014 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                           7

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:31 - 30590-302Y-***** - PDF-XChange 4.0

### 12. Safe deposit boxes

None
☒

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

     If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 40 Enterprise Avenue Secaucus, NJ  07090 | same | May 2012 to November 2013 |
| 10-16 Aquarium Drive Secaucus, NJ  07090 | same | June 2013 to |
| 530 7th Avenue New York, NY  10018 | same | June 2013 to May 2014 |
| 45 Enterprise Avenue Secaucus, New Jersey | | January 2007 to June 2012 |

B7 (Official Form 7) (04/13)                                                                                           8

---

None

☒

**16.  Spouses and Former Spouses**

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

☒

    a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None

☒

    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None

☒

    c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    9

---

**18. Nature, location and name of business**

None
☒

    a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

---

None
☒

    b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                                    ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)                                                                                        10

---

**19.  Books, record and financial statements**

None    a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐       bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

Flackman Goodman & Potter, PA                              all years
106 Prospect Street
Ridgewood, NJ  07450

Warren Wishart                                             2010 to present
952 Lawrence Ave
Westfield, NJ  07092

---

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☐       have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                 DATES SERVICES RENDERED

Capital Business Credit LLC
1700 Broadway
New York, NY 10019

---

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐       of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

See answer to question 19(a)

---

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐       financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                            DATE
                                                           ISSUED

Capital Business Credit LLC                                various
1700 Broadway
New York, NY 10019

B7 (Official Form 7) (04/13)                                                                                                      11

**20. Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐      taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Jan 2014 | Laura Thomas and Jose Saldana | |
| February 2014 | Laura Thomas and Jose Saldana | |

None  b.    List the name and address of the person having possession of the records of each of the two inventories
☐      reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| January and February 2014 | Warren Wishart 925 Lawrence Avenue Westfield, NJ  07092 |
| January 2013 | Capital Business Credit LLC 1700 Broadway New York, NY 10019 |

**21. Current Partners, Officers, Directors and Shareholders**

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐      or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Warren Wishart 952 Lawrence Ave Westfield, NJ | CFO | none |
| Mark Summers 68 Peach Hill Court Ramsey, NJ | Managing Member | 25% |
| Kathleen Keane | | 25% |

B7 (Official Form 7) (04/13)                                                                                                    12

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Kaviar LLC<br>114 Rumson Road<br>Rumson, NJ  07760 | | 50% |

---

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

None ☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                      13

---

**25. Pension Funds**

None ☒          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature    /s/ Mark Summers
                                                           _____
                                                           MARK SUMMERS,
                                                           Managing Member
                                                           _____
                                                           Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____0____ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

10-16 Aquarium Drive
c/o Horowitz Rubino
400 Plaza Dr
Secaucus, NJ   07096


A-1 SECURITY, INC
95 HIGH ST.
CLIFTON, NJ 07014


AIR CENTER INC.
P.O. BOX 406
270 MONROE AVENUE
KENILWORTH, NJ 07033


Alstyle
1501 E Cerritos Avenue
Aneheim, CA 92805


AMJ INDUSTRIES
CIT GROUP/COMM SERVICES INC.
PO BOX 1036
CHARLOTTE, NC 28201


APPAREL GROUP AMERICA LLC
250 BELMONT AVE.
HALEDON, NJ 07508


ARCTIC FALLS
58 SAND PARK ROAD
CEDAR GROVE, NJ 07009


ARTLINE HEAT TRANSFERS
2 EASTMANS ROAD
PARSIPPANY, NJ 07054


AVERY DENNISON-001
15178 COLLECTIONS CENTER
CHICAGO, IL 60693

BAY ISLAND SPORTWEAR
225 Bypass 72N.W., Suite C
Greenwood, SC 29649


Beacon Funding
3400 Dundee Road,Ste #180
Northbrook, IL 60062


Beacon Funding
3400 Dundee Road,Ste #180
Northbrook, IL 60062


Bravado International
1755 Broadway, #2
New York, NY  10004


THOMAS N. BROADBENT
143 N. 7TH STREET 3-R
BROOKLYN, NY 11249


Capital Business Credit LLC
1700 Broadway
New York, NY 10019


CJS APPAREL
114 14th Street
Union City, New Jersey  07087


CONCENTRA MEDICAL CENTERS
P.O. Box 8750
Elkridge, MD 21075-8750


CRS Ink International
11 West Main Street
Holmdel, NJ 07733


Darren Epstein, Esq.
254 S Main St
New City, NY  10956

Delta Apparel
P.O. Box 930419
Atlanta, Georgia 31193-0419


DISPATCH CENTRAL INC
PO BOX 449
SHIP BOTTOM, NJ 08008


DONRAY PRINTING
2 EASTMANS RD
PARSIPPANY, NJ 07054


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461


FINELINE TECHNOLOGIES INC.
P.O. BOX 921933
NORCROSS, GA 30010


Fox Rothschild LLP
Attn: Accounts Receivable-12
PO Box 5231
Princeton, NJ 08543-5231


Fruit of the Loom
c/o Josephp Molinaro, Esq.
648 Wyckoff Ave
Wyckoff, NJ   07481


FUJIFILM SERICOL
1101 WEST CAMBRIDGE DR.
KANSAS CITY, KS   66103


GIANT PACKAGING
11 WEST PASSAIC ST
ROCHELLE PARK, NJ 07662

GOODWILL INDUSTRIES
4-21 27TH AVENUE
ASTORIA, NEW YORK 11102


GREEN DISTRIBUTION
565 WINDSOR DRIVE
SECAUCUS, NJ 07094


GREENBELT INDUSTRIES, INC
45 COMET STREET
BUFFALO, NY 14216


Hartz Mountain Assoc
400 Plaza Drive
Secaucus, NJ   07094


HARTZ MOUNTAIN ASSOCIATES
P.O. BOX 35251
NEWARK, NJ 07193


HOME DEPOT CREDIT SERVICES
P.O. BOX 6029
THE LAKES, NV 88901-6029


INDEPENDENT TRADING
BRAD RAMBO & ASSOC
1341 CALLE AVANZADO
SAN CLEMENTE, CA 92673


INTERCHANGE EQUIPMENT INC
90 DAYTON AVE
PASSAIC, NJ 07055


InterGlobe Communications
c/o Heitner & Breitstein
28 North Main St
Marlboro, NJ   07746

Internal Revenue Service
955 S Springfield Ave
Bldg A
Springfield, NJ 07081

INTERTEK
PO BOX 99959
CHICAGO, IL 60696-7759

INTERTRADE SYSTEMS INC.
C/O T65036U
PO BOX 55811
BOSTON, MA 02205-5811

JACKSON LEWIS
ONE NORTH BROADWAY
WHITE PLAINS, NY 10601

JESSE J. HEAP & SON INC.
WIND-ALL MFG CO.
576 SOUTH 21ST STREET
IRVINGTON, NJ 07111

Kathleen Keane
105 Belvedere Avenue
Washington, NJ 07882

Kaviar
114 Rumson Road
Rumson, NJ 07760

Kaviar LLC
114 Rumson Road
Rumson, NJ 07446

KATHLEEN A. KEANE
12 PINE PLACE
ANNANDALE, NJ 08801

KSR SERVICES INC.
300 EAST MARCEAU
ST. LOUIS, MO 63111


LABELS INTER-GLOBAL INC
109W 38TH ST. Suite 701
NEW YORK, NY 10018


M & R SALES & SERVICE INC
M&R PRINTING EQUIPMENT, INC
PO BOX 83024
CHICAGO, IL 60691


Marino Mayers
75 Kingsland Ave, ste 3
Clifton, NJ   07014


Mark Summers
68 Peach Hill Court
Ramsey, New Jersey   07446


Mark Summers
68 Peach Hill Court
Ramsey, NJ   07446


Mark Summers
68 Peach Hill Court
Ramsey, NJ   07446


WILLIAM C N MCDADE JR
4 FLORENCE LANE
NEWTON, NJ 07860


Merchant Coterie, Inc
244 Fifth Ave. Suite D274
New York, NY 10001


Michael J Birnberg, Esq.
500 Campus Dr
Morganville, NJ   07751

MONEY RUINS EVERYTHING, INC
2404 WILSHIRE BLVD, Suite 4C
LOS ANGELES, CA 90057-3336


N.J. Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, N.J. 08695-0245


NAZDAR NORTHEAST
NazDar Company- Atlanta
p.O. Box 71112
Chicago, IL 60694-1097


NJ DEPT OF LABOR & WORKFORCE
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 059
TRENTON, NJ 08625-0059


NJ-CAL Warehouse Expeditors LLC
82 TOTOWA RD
WAYNE, NJ 07470


OCEAN BLUE INC
401 13TH STREET
CARLSTADT, NJ 07072


OGLETREE, DEAKENS, NASH, SMOAK & STEWART
1735 MARKET ST., STE 3000
PHILADELPHIA, PA 19103


ORKIN COMMERCIAL SERVICES
95 LACKAWANNA AVE
WEST PATERSON, NJ 07424


PAD PRINT MACHINERY OF VERMONT
P.O. Box 1291
Williston, VT 05495

PETER VALLETTI AND ASSOCIATES
2620 PELICAN BAY
PLANO, TX 75093


PLYMOUTH MARKETING & PRINT SOLUTIONINC
PO BOX 370
HILLSDALE, NJ 07642


PREMDURAI IMPORTS USA INC
499 7 th Ave, 20 th FL
New York, NY 10018


PREMDURAI IMPORTS USA INC
Capital Business Credit, LLC
PO Box 100895
Atlanta, GA  30384-4174


PRIDE SOLVENTS & CHEMICAL CO.
P.O. BOX 36207
NEWARK, NJ 07188-6207


PRODUCTIVE TRANSPORTATION SERVICES CORP
530 GRAND ISLAND BLVD.
TONAWANDA, NY 14150


PROGRESSIVE PLASTICS AND PACKAGING
PO BOX 254
EAST RUTHERFORD, NJ 07073


PSE&G
P.O. BOX 14106
NEW BRUNSWICK, NJ 18906-4106


RICH KIDS CLUB, INC.
17530 Ventura Blvd Ste 201
NEW BRUNSWICK, NJ 18906-4106


RICHMOND GRAPHIC PRODUCTS
20 INDUSTRIAL DRIVE
SMITHFIELD, RI 02917

RICOH
GE CAPITAL C/O RICOH USA PROGRAM
PO BOX 41564
PHILADELPHIA, PA 19101-1564


ROCK SOLID BUSINESS SOLUTIONS INC
19354 QUINCE AVENUE
MASON CITY, IA 50401


S & S FASHIONS, INC.
941 LONGFELLOW AVE
BRONX, NY 10474


SAFER HOLDING CORP
1875 MCCARTER HIGHWAY
NEWARK, NJ 07104


SAFETY-KLEEN SYSTEMS INC.
P.O. BOX 382066
PITTSBURGH, PA 15250-8066


SECAUCUS OFFICE OF INSPECTIONS
1203 PATERSON PLANK ROAD
ALARM DIVISION
SECAUCUS, NJ 07094


SOLUTIONS FREIGHTLINE INC.
7002 BULEVARD EAST, APT 7P
GUTTENBERG, NJ 07093


SPS COMMERCE, INC
VB BOX 3
PO BOX 9202
MINNEAPOLIS, MN 55480-9202


STANLEY PROMOTIONS LLC
5508 POLK ST
WEST NEW YORK, NJ 07093

STAPLES ADVANTAGE, DEPT NY
P.O. BOX 415256
BOSTON, MA 02241-5256


STATE OF NEW JERSEY - COMMU AFFAIRS
BUREAU FIRE CODE ENFORCE
PO BOX 809
TRENTON, NJ 08625-0809


SULFUR BOTTOM INDIGO TOP, LLC
100 VAN CORTLANDT PKS #A53
BRONX, NY 10463


Mark Summers
68 Peach Hill Ct
Ramsey, NJ   07446


SUN CARGO USA INC
STE 250 BLDG 9
JFK INTL AIRPORT
Jamaica, NY   11430


SUPERIOR HANDLING SOLUTIONS
PO BOX 257
HOWELL, NJ 07731


TEEFX SCREEN PRINTING LLC
71 E 26th Street
Paterson, NJ 07514


TEMPORARY HELP SERVICES
PO BOX 458
RAMSEY, NEW JERSEY 07446


TEXPAK INC.
130 NEW HYDE PARK ROAD
FRANKLIN SQUARE, NY 11010

TIME WARNER CABLE
BOX 223085
PITTSBURGH, PA 15251-2085

TWEEN
8323 WALTON PKWY
NEW ALBANY, OH 43054

UNIPLAST INDUSTRIES INC.
P.O. BOX 2351
SOUTH HACKENSACK, NJ 07606

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

US Immigration &Customs Enforcement
BURLINGTON FINANCE CTR
Employer Sanctions PO Box 5000
WILLISTON, VERMONT 05495-5000

VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408

W.B. MASON-001
P.O. BOX 981101
BOSTON, MA 02298-1101

XPEDX
PO Box 644520
Pittsburgh, PA 15264-4520

B203
12/94

# United States Bankruptcy Court
### District of New Jersey

In re  Infinite Visions, LLC

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .......................………………………..… $ _____6,000_____

Prior to the filing of this statement I have received ........……………….................. $ _____6,000_____

Balance Due ......................................……………………………….................... $ _____0_____

2.  The source of compensation paid to me was:

☐ Debtor        ☑ Other (specify)    Principals of Debtor

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Motions,  Additional Discovery,  Discharge Objections,  and other services outside the normal incidents of a Chapter 7 filing.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Thursday, April 16, 2015, at 14:03:32 - 30590-302Y-***** - PDF-XChange 4.0

---

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____         /s/ David Edelberg, Esq.
_____
_____Date_____                              Signature of Attorney

Nowell Amoroso Klein Bierman PA
_____
Name of law firm